O

# United States District Court
## Central District of California

Kieren Kishnani,

              Plaintiff,

      v.

BB OpCo, LLC et al.,

              Defendants.

Case № 2:24-cv-09629-ODW (JCx)

**ORDER DENYING MOTION TO DISMISS AS MOOT [17]**

///
///
///
///
///
///
///
///
///
///
///

Defendant BB OpCo, LLC served Plaintiff Kieren Kishnani with a Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) motion to dismiss in this case on January 10, 2025.  (ECF No. 17.)   On January 16, 2025, Plaintiff filed a First Amended Complaint.   Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service of a Rule 12(b) motion.   Therefore, Plaintiff's amended complaint was proper.   As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

January 17, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**