Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff
Kieren Kishnani*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEREN KISHNANI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> BB OPCO, LLC d/b/a Brooks Brothers, a Connecticut limited liability company; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:24-cv-09629-ODW-JC <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Kieren Kishnani and Defendant BB Opco, LLC have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

DATED: April 7, 2025              TAULER SMITH LLP

                                  By:   */s/ Robert Tauler*
                                        Robert Tauler, Esq.
                                        *Attorney for Plaintiff*
                                        *Kieren Kishnani*