JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-09629-ODW (JCx) | Date | May 13, 2025 |
|---|---|---|---|
| Title | *Kieren Kishnani v. BB OpCo, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by May 7, 2025. (ECF No. 29.) The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." Having received no response from Plaintiff to the Court's Order, Plaintiff's individual claims are **DISMISSED**, and his class allegations are dismissed **without prejudice**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                                        :     00

                               Initials of Preparer    SE